

---

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

NIHAL MICHAEL GAUTAM,
Plaintiff,
v.
CITY OF SUNRISE, et al.,
Defendants.

Case No.: (To be assigned)

---

FEDERAL RICO & CIVIL RIGHTS COMPLAINT

For Emergency Injunctive Relief, Damages & Criminal Referral

---

DEDICATION

This complaint is not just a filing. It's a shield for the dead and a sword for the living.

Kevin Desir — killed in custody. My best friend.

They tried to erase me the same way. Took my dogs. Took my son. Choked me. Isolated me. But one officer refused to walk away — Officer Rachel Howe. She stood by me over four hours while others deleted records and covered up abuse.

Her teammate was erased. One unnamed officer choked a woman in the same station. Nothing happened.

This is not misconduct. It's organized corruption. It's racketeering.

---

JURISDICTION & VENUE

Federal Question Jurisdiction under 28 U.S.C. §1331

Civil Rights Violations under 42 U.S.C. §1983

RICO under 18 U.S.C. §1961

Venue proper in Southern District of Florida

---

PARTIES

Plaintiff: Nihal Michael Gautam – Pro se, father, survivor, licensed health insurance agency owner across 15+ states.

Defendants:

City of Sunrise

Sunrise Police Department

Officer Michael West

Officer Maurice Lawrence

Officer Deltamus Cason

Unnamed Officers 1–3

Sunrise Police Pension Plan Board

---

FACTUAL ALLEGATIONS

1. Plaintiff was arrested without probable cause and physically mistreated.

2. Officers took his child and dogs, erased booking details, and denied access to public records for 45+ days.

3. Public records requests from March 2025 remain unanswered.

4. Discovery of DROP pension abuse:

Officers "retire" quietly after abuse

Reinstated while drawing pensions + DROP lump sums

Internal misconduct covered up

5. Officer Rachel Howe stood against the corruption, risking her job and safety. Her teammate is now missing from department records.

6. A known officer allegedly choked a female inside the station. No accountability followed.

7. Pattern of racketeering includes civil asset forfeiture abuse, pension fraud, suppression of IA reports, and retaliation.

8. Same department responsible for Kevin Desir's in-custody death.

---

CAUSES OF ACTION

Count I: Civil Rights Violations – 42 U.S.C. §1983

Count II: Florida Public Records Act Violations

Count III: Racketeering (RICO) – 18 U.S.C. §1961 et seq.

Count IV: Abuse of Process

Count V: Intentional Infliction of Emotional Distress

---

## RELIEF REQUESTED

$500,000,000+ in damages

Emergency injunctive relief

Court order for record production

DOJ criminal referral for RICO pattern

Audit of pensions, DROP payments, and officer reinstatement history

---

## EMERGENCY MOTION FOR INJUNCTIVE RELIEF

Plaintiff respectfully moves this Court for immediate injunctive relief due to:

Active retaliation and threats

Suppression of public records

Destruction and erasure of arrest-related evidence

Requested Relief:

Immediate production of all withheld records

Freeze on DROP payouts pending audit

Protection from further retaliation

Emergency hearing within 3 days

---

PROPOSED SUMMONS REQUESTED FOR:

1. City of Sunrise

2. Sunrise Police Department

3. Officer Michael West

4. Officer Maurice Lawrence

5. Officer Deltamus Cason

6. John Doe Officers 1–3

7. Sunrise Police Pension Board

---

THE BLOOD SHIELD DECLARATION

> "They buried us. They didn't know we were seeds."

This isn't just a filing. It's a revolution inside the record.

Kevin Desir died. Rachel Howe defied orders to save me. Her teammate vanished.

This lawsuit is the record they couldn't erase. It's for every victim silenced by pensions, politics, and power.

We will not be silent.
We are the Blood Shield.

We're here to finish what they tried to bury.

---

Filed by:
/s/ Nihal Michael Gautam
Pro Se Plaintiff
admin@sunnybenefits.me
347-753-0490

*[signature]* 4/29/2025

---

Ready to post on Google Docs, Dropbox, email, or in-hand. Want this typed into a Google Doc and sent as a link next?