**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-60841-STRAUSS**

**NIHAL MICHAEL GAUTAM,**

     Plaintiff,

v.

**OFFICER MAURICE LAWRENCE** et al.**,**

     Defendants.

_____/

## OMNIBUS ORDER FOLLOWING STATUS CONFERENCE

For the reasons stated on the record at the status conference held before U.S. Magistrate Judge Jared M. Strauss on April 8, 2026, it is **ORDERED** and **ADJUDGED** that:

1. Plaintiff's Motion to Extend Discovery Cutoff Pursuant to Federal Rule of Civil Procedure 16(b)(4) [DE 68] is **GRANTED IN PART**. The motion is granted to the extent that Plaintiff seeks to extend the discovery deadline to take depositions. Accordingly, the Court extends the deadline to complete discovery to **May 11, 2026**. Before this deadline, Plaintiff may take the depositions of (1) Officer Maurice Lawrence, (2) Sgt. Bradford Jones, (3) Officer Carlos Lopez, (4) Lt. Michael West, (5) Officer Rachel Howe, and (6) Stephanie Decker. The Court reminds Plaintiff that he is responsible for properly noticing depositions and subpoenaing non-parties like Howe and Decker.

2. Following the completion of discovery, Defendants may file an amended motion for summary judgment and amended statement of material facts to replace their currently pending Combined Motion for Summary Judgment [DE 74] no later than **May 21, 2026**. If Defendants choose to file an amended motion for summary judgment, Plaintiff shall have **14 days** from the

date that Defendants' motion is filed to file a response and a responsive statement of material facts. **However**, if Defendants do **not** amend their existing motion for summary judgment, Plaintiff may file an amended response to Defendants' Combined Motion for Summary Judgment [DE 74], along with an amended responsive statement of material facts, no later than **June 4, 2026**. If Plaintiff files an amended response to either Defendants' original or amended motion for summary judgment, Defendants will have **7 days** to file a reply to that amended response. But if Plaintiff does not file any amended response, then Defendants may file a reply to Plaintiff's Unified Opposition to Defendants' Motion for Summary Judgment DE [88] no later than **June 11, 2026**.

3.      Plaintiff's Motion for Sanctions Under Rules 26(g) and 37(a)(5) and Motion to Compel Production of Source-Record Categories [DE 87] is **DENIED**.

4.      To the extent that Plaintiff seeks relief related to the information and documents sought and identified by Plaintiff in his notices of discovery disputes, [DE 67]; [DE 71], the requested relief, except as otherwise provided in this Order, is **DENIED**. The denial is for the reasons stated on the record, including that Plaintiff's requests are disproportionate to the needs of the case.

5.      Plaintiff's Motion for Leave to Supplement Municipal-Liability Allegations and Incorporated Supplemental Monell Submission [DE 91] is **DENIED**.

7.      This case is temporarily **REMOVED** from the Court's trial calendar, and all other pretrial deadlines not addressed in this Order are **STAYED**. If necessary, the Court will reset the trial date and other pretrial deadlines after ruling on Defendants' motion for summary judgment.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 8th day of April 2026.

Jared M. Strauss
United States Magistrate Judge

2